Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                                   )
            vs.               )    Criminal Case No.: CR 24-67
                                   )
JOSEPH BRODY              )
                                 )
                                 )

### WAIVER OF INDICTMENT

I, _____ JOSEPH BRODY _____, the above-named defendant, who is accused of

40 U.S.C. § 5104(e)(2)(D)(Violent Entry and Disorderly Conduct in
a Capitol Building or Grounds)
40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in
a Capitol Building)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____ 2/21/2024 _____ prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: 2/21/24
Dabney L. Friedrich
United States District Judge