Judge Dabney Friedrich
U.S. District Court for the District of Columbia
333 Constitution Ave. NW
Washington, D.C. 20001

May 30, 2024

Dear Judge Friedrich,

My name is Maureen Brody, and I am Joe Brody's mother. I wish to provide you a few anecdotes to help you better know what kind of person Joe is.

In June of last year, I had to move my elderly aunt from Naples, Florida, up here to Springfield. She had a large, fully furnished, two-bedroom apartment that had to be moved. I turned to Joe to help me, and by "help me," I mean do all the moving of furniture and heavy boxes.

Joe departed work one afternoon, rented a truck, and embarked on a 17-hour drive to Naples. The next day, he came in 95-degree heat and humidity to begin the arduous task of loading the truck in a single day. He then drove straight through to Springfield, napping at a rest stop for safety, and set up my aunt's new apartment so it was ready for her when she arrived. My aunt died six months later, and he went through the task again to dispense and dispose of her property.

This is normal behavior for Joe: he has assisted family and multiple friends in the same way and is scheduled to do the same for his stepsister this month. He is also indispensable at his grandmother's home, helping her with yardwork and interior odd jobs each month, and he assists his stepmother with logistical matters associated with his father's death.

He is the person people turn to for pretty much everything, and he does things proactively. For example, our neighbors' dogs (they run a pit bull rescue) got into a terrible fight. Joe rushed over, jumping in the middle of the fight to pull the dogs apart, saving them from debilitating injury and death. Joe's arms were punctured and torn from bites, but he denied treatment from the EMTs, cleaned himself up, bandaged the wounds, and went to work because there was no one to sub for him. He is truly community-minded. He trims the sidewalks so the kids can ride bikes safely, assists neighbors with tasks, and helps at church with handiwork and parish events.

Lastly, out of the hundreds of things I could cite, I will note how he worked 65-hour weeks during COVID because his manager had only Joe and two others to rely on. He could have done as the others and left her high and dry, but he felt he had an obligation to her as a person. It was a thankless job, literally, but he did it out of a sense of personal duty.

Joe is a very religious person and lives his faith. He hopes to specialize in a trade and eventually open a business where he can become a good employer and continue being a great contributor to his community. I hope the sentence you decide upon will allow for that and you will see Joe as the man of faith and community service that he actually is.

Thank you for your time and consideration on this.

*Maureen Brody*
Maureen Brody
7928 Orange Plank Rd.
Springfield, VA 22153
202-746-3832

Mary Grace Brody Cristi
5803 Royal Ridge Dr., Unit J
Springfield, VA 22152
(703) 232-4591
marygcristi@gmail.com

May 30, 2024

The Honorable Dabney L. Friedrich, District Judge
United States District Court for the District of Columbia

Re: Sentencing of Joseph Brody

Dear Judge Friedrich,

    I am Joe's older sister. I have known Joe his whole life and it has been an honor to watch him grow into a reliable and trustworthy man. I am proud of the man he is today and I, along with the rest of our family, rely on him and trust him.

    Our whole family turns to Joe for help. Joe helped me move into my condo in 2019 and has helped me move furniture since then. He has also helped our step-sister, great-aunt, and other family members and friends move. He helps our older family members, including his dad, step-mom, and grandmother, with difficult household tasks like repairs or loading the attic.

    Joe is not just a great brother, but a good uncle too. His seven nieces and nephews adore him. Last year, when I came to pick up our young niece for the day, I found Joe sitting at the table having a conversation with her, having prepared her a healthy breakfast and gotten her ready for the day. She loves Joe and asks for him whenever she visits. Joe is also willing to engage with the older nieces and nephews. Recently, I watched my sister's kids' faces light up as they had a conversation with Joe about a game they were into. As a mother to the newest baby in the family, I am excited for the relationship that my son will have with his Uncle Joe.

    Joe consistently steps up to help his family. In March of 2023, our dad had a stroke that left him disabled and in need of constant care. My husband and I took on a lot of this, but

towards the end of 2023 we found ourselves unable to continue giving the care he needed. Joe did not hesitate to step in. In November, we moved our dad to assisted living. Joe was helpful in getting the apartment set up and helping him settle in. When our dad felt lonely, Joe took time to come visit him often and take him on outings. Our dad was difficult to take on outings due to physical and cognitive decline, but Joe was always patient and compassionate with him.

Our dad left the assisted living facility in January of 2024, but still required a level of care that no family member could give. His wife employed a caregiver during the daytime, but not overnight. Joe started going over to our dad's house on weekends to spend the night so that his wife could go spend the night with her son. I don't know how my husband and I or my dad and his wife could have made it through last year without Joe's help.

Joe's character was once again demonstrated during our dad's final hours and funeral planning. The morning of our dad's death, Joe got to the hospital in the early morning hours, before the rest of the family, with our other brothers. We had all stayed late the night before and the boys had gotten little or no sleep. Joe spent the whole morning by our dad's bedside. He also attended all of the funeral meetings and even stepped up to be the property owner for our dad's cemetery plot, which has come with extra trips to the cemetery office and extra paperwork.

As you can see, our family relies on and trusts Joe. He is a man of good character and an amazing brother, uncle, and son. Therefore, Your Honor, I ask for leniency for my brother. I thank you for considering my letter and my request for leniency.

Sincerely,

Mary Cristi

Carlos Andres Cristi
5803 Royal Ridge Dr., Unit J
Springfield, VA 22152
(520) 370-4963
CarlosACristi@Gmail.com

May 31, 2024

The Honorable Dabney L. Friedrich, District Judge
United States District Court for the District of Columbia

Re: Sentencing of Joseph Brody

Dear Judge Friedrich,

  I am Joe's brother-in-law and I have known him for the past four years. In the time I have known him I have watched him grow from a college aged boy to a helpful, reliable young man and a good example to the younger men in our family and community. Over the past few years, I have seen him transform into an outstanding man who anyone would be proud to be around and call a colleague, friend, or brother.

  If you were to ask his work or volunteer colleagues, they would tell you he is an outstanding employee and very hard worker. I can attest to this because I have heard people who didn't know who I was praising his work ethic and cheerful attitude. I can also say that Joe helps people without being asked and without any expectation of reward. I have seen him cut a neighbor's lawn simply because it was the right thing to do. While Joe has always been helpful and a good neighbor, I have witnessed these characteristics take on a more mature note. Now he looks beyond the obvious needs of those around him and proactively helps those who need it. Where he used to step up to help whenever he was asked, now I notice that he no longer waits to be asked to help before he steps up and he will take the initiative to help his community, neighbors, and friends.

I have also seen Joe open up and enjoy being around his family and neighbors more over the past few years. Joe is a pleasure to be around. He is the first to offer to grab a water or soda for a family member or guest. He takes an active interest in what is going on in your life. As a first-time father to a little boy, I am hopeful that my son will have a chance to get to know his Uncle Joe over these formative early years. My son can benefit from observing and knowing upstanding young men, as it is hard to find good role models.

As a lawyer, I understand the Court's interest in rehabilitation. However, I strongly believe that Joe is a productive member of society, an excellent member of the community, and a good neighbor and role model. Thank you for taking the time to consider my letter. I respectfully request that you consider Joe's character and potential for rehabilitation and I ask for leniency in deciding his sentence.

Sincerely,

Carlos Cristi

James Athey and Family　　　　　　　　　　　　　　　　　　　　　　　　6/2/2024
7930 Orange Plank Rd.
Springfield VA 22153

To The Honorable Judge Friedrich,

My name is James Athey and my family and I have known my neighbor Joe Brody for 15 years. Since he was 10 years old. That is why I am writing this letter to defend Joes character as a respectful and kind neighbor and who I know to be an asset to the community.

As I have watched him grow up, I have nothing but appreciation and respect for the man he has become. I have never known Joe to have been in any trouble. Never known Joe to drink or do drugs of any kind.  Never have heard a negative thing said about Joe by anyone in the community. Every Sunday I see Joe dressed up in suit and tie going to church. Ever since Joe was old enough to help, Joe has been there for me and my family. Joe has helped me around my yard, and as I have gotten older, he now cuts my whole yard on a regular basis. Joe has always been there for my family when we go on vacations to look after our house and take care of our animals. I trust him with the keys to my home. Joe also does a lot of volunteer work for the church and community. One thing that really hits home to me that I do not get from many young men is the way Joe addresses me as Mr. Athey. Joe does that with many older people which I find very respectful. I could continue on with many kind acts Joe has done for my family and others over the 15 years, but to sum it up.

I would say this, If I were to have a son, I would want his character to resemble Joe Brody honest, respectful, caring, godly and selfless. He has been nothing but an asset to our community.

I hope that this letter can go some way in convincing the court that Joe Brody is a good person, and this testimony be taken into consideration that he receives leniency of no jail time when sentenced.

Best Regards,

Please contact us if you need any further info or have any additional questions.

James Athey

*J. Athey* (signature)

Date: 6/2/2022
Phone: 202-437-1313
Email: ljim1@gmail.com

Brittany Athey

*(signature)*

Marcy Anderson

*Marcy Elaine Anderson* (signature)

June 1 2024

Dear Judge Friedrich,

My name is John Stauch I'm Joseph Brody's neighbor. I've known him since 2008. Myself being a senior citizen, Joe has always shown his respect by lending a helping hand whenever I need it. He helps me with odd jobs and heavy lifting. Joe has been walking my dogs on Thursdays while I'm at work with my double shift. Joe has had a key to my house for several years and proved himself trustworthy. I've always been able to count on him. Joe has also been generous with his time, when I try to reward him with payment he always declines. Joseph is a definate asset to our neighborhood and community. Please spare him incarceration or if possible leniency. Thankyou for your consideration your Honor. If you would like to contact about this matter please feel free to do so. Thanks again.

Sincerely,

John M Stauch

John M. Stauch
7929 ORANGE PLANK RD.
SPRINGFIELD, Va 22153
(C) 571 215 1354
(EM) JohnStauch32@Gmail.com

Richard T. Hayden
8429 Sulky Court
Alexandria, Virginia 22308
(h) 703-799-2646
(c) 703-967-8147

May 30, 2024

The Honorable Dabney Friedrich
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

re: Joseph Brody

Dear Judge Friedrich,

    I am writing on behalf of Joseph Brody. I have known Joe for several years as a friend of the family. We have participated together many times in community and civic activities as well as church services. He is a fellow member of the Knights of Columbus and recently served as a lead acolyte, or alter server, at a brother Knight's special Requiem Mass. Joe has always been generous with his time and normally the first one to volunteer.

    I am an attorney licensed in the District of Columbia (1995) and Pennsylvania (1992). As you well know, the practice of law requires one to be an astute judge of character if you have any desire to be successful. I can say unequivocally that Joe Brody is a man of good character with a sincere and abiding faith in God. The guiding principles of our Order are charity, unity and fraternity, and Joe has lived up to them by donating his time and talent through various council activities to those less fortunate.

    Please be lenient in your sentencing. Joe is an active member of his church who cares deeply about his family and his community. He sets a very positive example for others to follow by his efforts, particularly younger folks in his age group. Joe's family also relies on him to be there for them, to be the trustworthy and reliable son and brother he has always been. I hope you will consider this when you make a final determination.

    Thank you for this opportunity to show my support and care for Joe. I appreciate your time as well as your service to our justice system.

Sincerely Yours,

*Richard T. Hayden*

Richard T. Hayden