Dear Judge Friedrich,

My name is Joseph Brody. I am a 24 year old living in Springfield, Virginia. By this time I am sure you are well aware of the details of my case, but I would like to share with you some of the details of who I actually am as a person.

I am the youngest of five children. I have two brothers and two sisters. I am also an uncle to three nieces and two nephews, including my sister's newborn son. I had what most would call a fairly normal childhood growing up. I played sports, had neighborhood friends, excelled in school, and was active in the community. Unfortunately my parents separated when I was eight years old, but it was rather civil and both my parents remained an active part of my life, and while I lived with my mother I saw my father - who lived only a few minutes away - on a regular basis. I played rugby, baseball, basketball, football, and wrestled. I graduated high school with a 4.0 GPA, and then went on to earn some college credits at the local community college while working until I had trouble affording tuition. Overall I had a quite normal life growing up.

After high school and while working and going to college I began getting more and more involved in politics. This was mainly through online discussions and videos I watched, and it ultimately led me down a path toward more and more fringe ideas. I started to get involved with these people and it ultimately led to my participation in various rallies and events; the most unfortunate of these being the events of January 6th, 2021.

That was a phase in my life that has passed. For over two years now I have not been associated with those people, and I have been actively working to improve my life in every field I can. Two years may not seem like a very long time, but I would like to again emphasize that everything that transpired, all those negative associations that led to my actions, occurred in my

teens and early twenties. Even though I am only 24 years old I have matured and improved my life a lot.

For the past couple years since distancing myself from those associations I have dedicated my life to my family, my work, and my church and local community. I got a job at the beginning of 2023 at Paul Davis Restoration where I would work in horrible conditions - flooded and burned down buildings - helping to salvage what I could and assist families and businesses suffering from these disasters. I would often have to wear a full head covering and respirator due to how toxic these conditions were, but I felt fulfillment in being in these unique environments every day while assisting those actually in need. Unfortunately I lost that job due to my legal troubles, but I do hope to some day be able to return to a position similar to that.

I have also spent much of my time with different volunteer work. As a Christian I believe in the importance of charitable works, especially in one's own community. I have cleared fallen trees blocking streets in my neighborhood, helped neighbors with physical labor they cannot manage due to their age, and have helped a lot at my chapel. Recently I participated in a renovation of my chapel where I did the demolition work and assisted in building a new cry room for mothers of newborns. I have spent hundreds of hours of my life volunteering in various ways at my church and in the community. I could detail each and every instance, but I do not want to pridefully boast about my works. I am simply trying to paint a picture to you of how I spend my time in valuable ways in my local area, but I assure you these examples are not exhaustive of the entirety.

I have also spent much time with my family, especially in the last year. For about a year my father was suffering from a stroke he experienced during heart surgery. He was left partially blind and partially immobile, being barely able to walk and suffering falls often. I spent much

more time with him this last year than in years prior, taking him to doctor's appointments, to the store, or simply spending the night with him to make sure he is safe. Sadly he passed away this past Easter. The time I spent helping my father is just one example of the importance my family has in my life. I often visit my last surviving grandparent, my mother's mother, and I love being able to see my nieces and nephews. Again, I could go on and on about all the ways I help my family and give unnecessary examples, but the point is that they are critically important in my life and a big end to which my time was spent these past few years.

 My hope with sharing this information with you is again to make clear that there is another side to my story. I am not what I was four years ago. I have grown and matured. I spend my days focusing on far more important things than I did back then. I have come to a new perspective on my previous actions and associations, and I have learned many lessons these past years.

 As for my actions on January 6th, 2021, I am very regretful. I regret my imprudence in participating in such a frenzy. I regret my lack of wisdom in not seeing and realizing what I was getting into. I regret my lack of courage for not going against the crowd and those around me and turning away from it all. I regret my foolishness and acting like a hooligan and in ways that are unbecoming of a virtuous man. Overall I regret being a failure that day. I failed to hold myself to a proper standard and act in a Christian manner.

 Since that time I have learned many lessons and am sure to never do anything like that again. I have also suffered much already. I, as well as my family members, have received death threats. Friends and family have turned against me and denounced me. As I stated above I have lost a job because of this. I hope and ask of you to consider these facts when taking into account what a proper sentence should be. I hope you will consider all the suffering my family has

already undergone. I hope you will take into account not just what I did, but who I am. I hope you will take into account the time that has passed since those events and how I have grown and improved as a man. I hope you will consider how a harsh sentence would affect not only myself, but those around me as well. Ultimately I hope that you will consider all these things I have shared with you and show leniency in your decision.

                                                Sincerely,

                                                -Joseph Brody